# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Lisa Virginia Enno, | ) | |
| | ) | Case No. 1:19-cr-230 |
| Defendant. | ) | |

Defendant is charged in Indictment with two offenses: (1) conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846; and (2) distribution of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). (Doc. No. 1). She was ordered detained following a detention hearing on December 10, 2019. (Doc. Nos. 24 and 26). She is currently on the waiting list for a residential facility placement. (Doc. No. 26).

On January 16, 2020, defendant filed a Motion to Reconsider Order of Detention. (Doc. No. 40). She requests to be conditionally released to her mother so that she can participate in an intensive outpatient treatment program at the Northwest Human Service Center in Williston, North Dakota.

Defendant's desire to obtain treatment is commendable. However, there has been no material change in defendant's circumstances. Moreover, defendant's criminal history and past failures to abide by her conditions of release militate against releasing her to an environment as unstructured as her mother's residence. Defendant's motion (Doc. No. 40) is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated this 11th day of February, 2020.

                                          */s/ Clare R. Hochhalter*
                                          Clare R. Hochhalter, Magistrate Judge
                                          United States District Court